**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO. 6:11-CR-26-ORL-19DAB

CIERRA CARTER

_____

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 64, filed April 26, 2011) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 64) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Cierra Carter has entered a plea of guilty to Counts One, Two and Three of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two and Three of the Indictment.

3. Ruling on acceptance of the Amended Plea Agreement (Doc. No. 66, filed April 27, 2011) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   1st   day of Mayl, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy